UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BO HU and On Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>BRENDAN KENNEDY, MARK CASTANEDA, MICHAEL AUERBACH, REBEKAH DOPP, MARYSCOTT GREENWOOD, CHRISTINE ST. CLARE<br><br>      Defendants,<br><br>TILRAY, INC.,<br><br>      Nominal Defendant. | Case No. 20-cv-04135(PAC)(KNF) |

## ~~PROPOSED~~ ORDER GRANTING WITHDRAWAL OF APPEARANCE OF TIFFANY A. MIAO

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration, Tiffany A. Miao, of Baker & Hostetler LLP, is hereby withdrawn as counsel for Defendants Brendan Kennedy, Mark Castaneda, Michael Auerbach, Rebekah Dopp, Maryscott Greenwood, Christine St. Clare and Nominal Defendant Tilray, Inc.

*New York, NY*
*1/3/2022*

**SO, ORDERED**

*/s/ Paul A. Crotty*
U.S.D.J.