UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BO HU, derivatively on behalf of TILRAY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BRENDAN KENNEDY, MARK CASTANEDA, MICHAEL AUERBACH, REBEKAH DOPP, MARYSCOTT GREENWOOD, and CHRISTINE ST.CLARE, <br><br> Defendants, <br><br> and <br><br> TILRAY, INC., <br><br> Nominal Defendant. | Case No. 1:20-cv-04135-PAC-DCF |
| CHAD GELLNER, MATTHEW RUFO, and MELVYN KLEIN, Derivatively on Behalf of TILRAY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BRENDAN KENNEDY, MICHAEL AUERBACH, REBEKAH DOPP, MARYSCOTT GREENWOOD, CHRISTINE ST. CLARE, AND MARK CASTANEDA, <br><br> Defendants, <br><br> TILRAY, INC., <br><br> Nominal Defendant. | Case No. 1:20-cv-04618 |

**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS AND <u>ESTABLISHING A LEADERSHIP STRUCTURE</u>**

WHEREAS on May 29, 2020, Plaintiff Bo Hu filed a shareholder derivative action on behalf of nominal defendant Tilray, Inc. ("Tilray" or the "Company") in this Court alleging breaches of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), and for contribution under Sections 10(b) and 21D of the Exchange Act against defendants Brendan Kennedy, Mark Castaneda, Michael Auerbach, Rebekah Dopp, Maryscott Greenwood, and Christine St.Clare (collectively, the "Individual Defendants" and together with Tilray, the "Defendants"), captioned *Hu v. Kennedy, et al.*, Case No. 1:20-cv-04135 (the "*Hu* Action");

WHEREAS the complaint in the *Hu* Action was served on nominal defendant Tilray on June 1, 2020;

WHEREAS on June 16, 2020, Plaintiffs Chad Gellner, Matthew Rufo, and Melvyn Klein filed a shareholder derivative action alleging substantially similar facts and making similar claims against the same defendants in this Court, captioned *Gellner, et al. v. Kennedy, et al.*, Case No. 20-cv-4618 (the "*Gellner* Action," and together with the *Hu* Action, the "Related Derivative Actions");

WHEREAS under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS the Related Derivative Actions challenge substantially the same alleged conduct by the same Company directors and executive officers, and involve substantially the same questions of law and fact;

2

WHEREAS the parties therefore respectfully submit that consolidation of the Related Derivative Actions is appropriate;

WHEREAS to avoid potentially duplicative actions and to prevent any waste of the Court's and nominal defendant's resources, the parties agree that the Related Derivative Actions should be consolidated for all purposes, including pre-trial proceedings and any trial, into a single consolidated action;

WHEREAS in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs Bo Hu, Chad Gellner, Matthew Rufo, and Melvyn Klein ("Plaintiffs") agree that The Brown Law Firm, P.C. and Gainey McKenna & Egleston, the respective resumes of which are attached hereto as Exhibits A and B, shall be designated as Co-Lead Counsel representing Plaintiffs in the consolidated action;[1] and

WHEREAS no prior stipulation or request for an extension has been filed,

WHEREFORE, the parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1. The following actions are hereby consolidated for all purposes, including pre-trial proceedings and any trial, under Case No. 1:20-cv-04135-PAC-DCF (the "Consolidated Action"), pursuant to Federal Rule of Civil Procedure 42(a):

| **Case Name** | **Case Number** | **Date Filed** |
| --- | --- | --- |
| *Hu v. Kennedy, et al.* | 1:20-cv-04135-PAC-DCF | May 29, 2020 |
| *Gellner, et al. v. Kennedy, et al.* | 1:20-cv-04618 | June 16, 2020 |

2. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

---

[1] Defendants take no position on the appointment of Plaintiffs' Lead Counsel.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE TILRAY, INC. DERIVATIVE LITIGATION | Lead Case No. 1:20-cv-04135-PAC-DCF |
|---|---|

3. All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case No. 1:20-cv-04135-PAC-DCF.

4. Co-Lead Counsel for Plaintiffs for the conduct of the Consolidated Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

5. Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for Plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

6. Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of Plaintiffs. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

7. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representatives of Co-Lead Counsel, and such agreements shall be binding on all plaintiffs.

8. This Order shall apply to each derivative case arising out of the same, or substantially the same, transactions or events as the Consolidated Action, that is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a derivative case that properly belongs as part of *In re Tilray, Inc. Derivative Litigation*, Lead Case No. 1:20-cv-04135-PAC-DCF, is hereafter filed in this Court, reassigned to this Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the Clerk of the Court the filing, reassignment, or transfer of any derivative case that might properly be consolidated as part of *In re Tilray, Inc. Derivative Litigation*, Lead Case No. 1:20-cv-04135-PAC-DCF, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order.

9. The Individual Defendants hereby waive service of summons and accept service of the complaints filed in the *Hu* Action and the *Gellner* Action, preserving all defenses and objections to the initial complaints including, but not limited to, the Court's jurisdiction, but waiving only any objections to insufficient process or insufficient service of process.

10. Nominal defendant Tilray hereby waives service of summons and accepts service of the complaint filed in the *Gellner* Action, preserving all defenses and objections to the initial complaint including, but not limited to, the Court's jurisdiction, but waiving only any objections to insufficient process or insufficient service of process.

11. The parties shall submit a proposed schedule to the Court within thirty (30) days of entry of this Order.

12. Defendants are not required to answer or otherwise respond to the respective complaints filed in the Consolidated Action until the deadline set forth in the Court's order on the parties' proposed schedule.

13. This Stipulation is without prejudice to any and all defenses Defendants may assert in this or any of the above-referenced actions and without prejudice to any and all claims Plaintiffs may assert.

Dated: June 18, 2020 **THE BROWN LAW FIRM, P.C.**

By: /s/ Timothy Brown
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*[Proposed] Co-Lead Counsel for Plaintiffs*

Dated: June 18, 2020 **GAINEY McKENNA & EGLESTON**

By: /s/ Thomas J. McKenna
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*[Proposed] Co-Lead Counsel for Plaintiffs*

Dated: June 18, 2020 **BAKER HOSTETLER LLP**

By: /s/ Douglas W. Greene
Douglas W. Greene (*pro hac vice* pending)
Genevieve York-Erwin
999 Third Avenue-Suite 3600

Seattle, Washington
Telephone: (206) 332-1380
Facsimile: (206) 624-7317
Email: dgreene@bakerlaw.com
Email: gyorkerwin@bakerlaw.com

Tiffany A. Miao
45 Rockefeller Plaza
New York, New York
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: tmiao@bakerlaw.com

*Counsel for Defendants*

IT IS SO ORDERED this 3d day of January, 2022.

_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE