# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE TILRAY, INC. DERIVATIVE LITIGATION | Lead Case No. 1:20-cv-04135-PAC-JW |

### ~~(PROPOSED)~~ ORDER TO SUBSTITUTE PARTY PLAINTIFF

WHEREAS, the above referenced consolidated derivative action is pending in this Court;

WHEREAS, a Suggestion of Death was filed on behalf of Plaintiff Melvyn Klein in the *Klein* Action (1:20-cv-04618-PAC), *see* Dkt. No. 8;

WHEREAS, Cindy Maloney, the Executrix of the Estate of Melvyn Klein, has moved to substitute into this action as a party plaintiff;

WHEREAS, Defendants have no opposition to said motion; and

NOW THEREFORE, IT IS HEREBY ORDERED:

1.     The motion to substitute the Executrix of the Estate of Melvyn Klein as a party plaintiff for deceased plaintiff Melvyn Klein is hereby granted.


SO ORDERED this _14_ day of _March_, 2022.


_____
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE