UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 7/18/2024 |

IN RE TILRAY, INC. DERIVATIVE LITIGATION

This document relates to:

ALL ACTIONS

1:20-cv-04135-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On April 15, 2024, this matter was reassigned to this Court.  IT IS HEREBY ORDERED that on or before August 1, 2024, the parties shall submit a single joint letter advising the Court of the status of this case.

**SO ORDERED.**

**Date:  July 18, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**