USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE TILRAY, INC. DERIVATIVE LITIGATION

Case No. 1:20-cv-04135-MKV
Member Case No. 1:20-cv-04618-MKV

**STIPULATION AND [PROPOSED] ORDER TO
VOLUNTARILY DISMISS ACTION WITHOUT PREJUDICE**

Plaintiffs Bo Hu, Chad Gellner, Matthew Rufo, and Cindy Maloney[1] ("Plaintiffs"), derivatively on behalf of Nominal Defendant Tilray, Inc. ("Tilray"), and Defendants Brendan Kennedy, Mark Castaneda, Michael Auerbach, Rebekah Dopp, Maryscott Greenwood, and Christine St. Clare ("Individual Defendants") and with Tilray (collectively, the "Defendants"), and together with Plaintiffs (collectively, the "Parties"), jointly submit this Stipulation ("Stipulation") to dismiss the above-captioned shareholder derivative action (the "Action") without prejudice, and in support thereof state as follows:

**WHEREAS**, on May 29, 2020, Plaintiff Bo Hu filed a shareholder derivative action on behalf of Nominal Defendant Tilray in this Court alleging breaches of fiduciary duty, unjust enrichment, abuse of control, gross mismanagement, waste of corporate assets, violations of Section 14(a) of the Securities Exchange Act of 1934 ("Exchange Act"), and for contribution under Sections 10(b) and 21D of the Exchange Act against the Individual Defendants in the action captioned *Hu v. Kennedy, et al.*, Case No. 1:20-cv-4135 (S.D.N.Y.) ("*Hu* Action");

---

[1] On March 14, 2022, the Court granted Plaintiff Melvin Klein's Unopposed Motion to Substitute Party Plaintiff, naming Cindy Maloney plaintiff in Mr. Klein's place. Dkt. #21.

**WHEREAS**, on June 16, 2020, Plaintiffs Chad Gellner, Matthew Rufo, and Melvyn Klein, filed a shareholder derivative action alleging substantially similar facts and making similar claims against the same Individual Defendants in the action captioned *Gellner, et al., v. Kennedy, et al.*, Case No. 20-cv-4618 (S.D.N.Y.) ("*Gellner* Action");

**WHEREAS**, on January 4, 2022, the United States District Court for the Southern District of New York granted the Parties' Joint Stipulation and Order Consolidating Related Shareholder Derivative Actions and Establishing Leadership Structure, which consolidated the *Hu* Action and the *Gellner* Action, with the *Hu* Action serving as the Lead Case under the caption *In re Tilray Derivative Litigation*;

**WHEREAS**, pending in the United States District Court for the Southern District of New York at that time was a putative securities class action captioned: *Kasilingam v. Tilray, Inc., et al.*, Case No.: 20-cv-03459-PAC (the "Securities Class Action");

**WHEREAS**, there was substantial overlap between the facts and circumstances alleged in the Action and the Securities Class Action;

**WHEREAS**, on August 9, 2024, the Court issued a Stipulation to Stay and Order in which all parties agreed to stay the Action unless and until one of several events occurred, including when the Securities Class Action was dismissed, with prejudice, and all appeals related thereto had been exhausted;

**WHEREAS**, on September 30, 2024, the Court dismissed the Securities Class Action with prejudice and the plaintiff in that case did not file a notice of appeal prior to the deadline on October 30, 2024;

**WHEREAS**, the Parties, having met and conferred, now stipulate, pursuant to Fed. R. Civ. Pro. 23.1 and Fed. R. Civ. Pro. 41, to dismiss the Action without prejudice;

**WHEREAS**, Defendants have filed neither an answer nor a motion for summary judgment in the Action; and

**WHEREAS**, neither Plaintiff nor his counsel have received or been promised any consideration in exchange for the dismissal.

**NOW THEREFORE**, it is hereby stipulated by and between the undersigned that:

1. The Action is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. Notice of voluntary dismissal to Tilray shareholders is not required because: (i) there has been no settlement or compromise of the action; (ii) neither Plaintiff nor his counsel have received or will receive directly or indirectly any consideration from Defendants for dismissal; and (iii) the dismissal is without prejudice to the rights of Tilray's other stockholders.

3. The Parties will bear their respective costs.

Dated: November 26, 2024

| **BAKER & HOSTETLER LLP** | **THE BROWN LAW FIRM** |
|---|---|
| /s/ Douglas W. Greene | /s/ Timothy Brown |
| Douglas W. Greene (*pro hac vice*) | Timothy Brown |
| Genevieve G. York-Erwin | 767 Third Avenue, Suite 2501 |
| Zachary R. Taylor | New York, New York 10017 |
| 45 Rockefeller Plaza-14th Floor | Telephone: (516) 922-5427 |
| New York, New York 10111 | tbrown@thebrownlawfirm.net |
| Telephone: (212) 589-4200 | |
| dgreene@bakerlaw.com | **GAINEY McKENNA & EGLESTON** |
| gyorkerwin@bakerlaw.com | |
| ztaylor@bakerlaw.com | /s/ Thomas J. McKenna |
| | Thomas J. McKenna |
| *Counsel for Individual Defendants and Nominal Defendant Tilray, Inc.* | Gregory M. Egleston |
| | 260 Madison Avenue, 22nd Floor |
| | New York, New York 10016 |
| | Telephone: (212) 983-1300 |
| | tjmckenna@gme-law.com |

3

Case 1:20-cv-04135-MKV   Document 27   Filed 11/26/24   Page 4 of 4

gegleston@gme-law.com

*Co-Lead Counsel for Plaintiffs*

IT IS SO ORDERED this <u>11th</u> day of <u>  December  </u>, 2024.

The Clerk of Court is respectfully requested to file this order on the dockets of both above-captioned, consolidated cases.

_____
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

4